UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RICHARD D. MILLS and IRENE P. MILLS**                                      **PLAINTIFFS**

**V.**                                            **CIVIL ACTION NO.1:07CV73 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY**                           **DEFENDANT**

## ORDER

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the motions [6] [10] of State Farm Fire and Casualty Company to dismiss this action or to join Regions Bank and Whitney National Bank as parties are **DENIED**.

**SO ORDERED** this 18th day of May, 2007.

                                                s/ <u>L. T. Senter, Jr.</u>
                                                L. T. SENTER, JR.
                                                SENIOR JUDGE